

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2015

No. 04-14-00723-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION D.P.**, As a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-3096
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED.


_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 13th day of January, 2015.


_____
Keith E. Hottle
Clerk of Court